**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 10-1825**

———————

CAROLYN DE GUZMAN,

              Plaintiff - Appellant,

     v.

NIH FEDERAL CREDIT UNION,

              Defendant - Appellee.

———————

Appeal from the United States District Court for the District of Maryland, at Greenbelt. Peter J. Messitte, Senior District Judge. (8:08-cv-03213-PJM)

———————

Submitted: October 19, 2010      Decided: October 25, 2010

———————

Before DUNCAN, KEENAN, and WYNN, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Carolyn de Guzman, Appellant Pro Se. Jeffrey William Larroca, ECKERT SEAMANS CHERIN & MELLOTT, L.L.C., Washington, D.C., for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Carolyn de Guzman appeals the district court's order granting Defendant's motion for summary judgment on her employment discrimination and retaliation claims. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Guzman v. NIH Fed. Credit Union, No. 8:08-cv-03213-PJM (D. Md. July 14, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED